IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:11CR63** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **DONALD HERBOLSHEIMER,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's unopposed Motion to Continue Trial [41]. All parties require additional time to complete plea negotiations. For good cause shown,

**IT IS ORDERED** that the motion to continue trial (#34) is granted, as follows:

1. The jury trial now set for October 4, 2011 is continued to **December 6, 2011.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **October 4, 2011 and December 6, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 28, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**